UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MICHAEL LAMONT JONES,<br><br>          Petitioner,<br><br>     vs.<br><br>KEVIN CHAPPELL, Warden,<br><br>California State Prison at San Quentin,<br><br>          Respondent | Case No.: CV 04-2748 ODW<br><br>JUDGMENT |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREEED that pursuant to the ORDER ON AMENDED PETITION FOR WRIT OF HABEAS CORPUS issued by this Court on February 26, 2015 (Docket No. 146) the PETITION FOR WRIT OF HABEAS CORPUS is **DENIED** and **DISMISSED** with prejudice with the exception of Sub-claim 15(f) relating to execution by lethal injection which is dismissed without prejudice for the reasons discussed in the Order.

**IT IS SO ORDERED**.

Dated this 18 day of March 2015          _____

OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE

Judgment - 1